**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7290**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL DELANEY JOHNSON, a/k/a Jamil Abdul
Aziz,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CR-93-390, CA-97-860-2-18)

_____

Submitted:  November 19, 1998       Decided:  December 3, 1998

_____

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Delaney Johnson, Appellant Pro Se.  Bruce Howe Hendricks,
OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Delaney Johnson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Johnson</u>, Nos. CR-93-390; CA-97-860-2-18 (D.S.C. Aug. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>